**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| J & J Sports Productions, Inc., | ) | No. CV-12-510-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Patrick J. Kieny, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 30.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, November 20, 2013 at 2:00 p.m.**

DATED this 7th day of October, 2013.

Stephen M. McNamee
Senior United States District Judge